UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN FOSTER,<br><br>                Plaintiff,<br><br>v.<br><br>E PARTNER NET,<br><br>                Defendant. | Civ. No. 16-6118 (KM/MAH)<br><br>**ORDER** |

This matter having been opened to the Court on the plaintiff's motion for a default judgment (ECF no. 6); and the Court having reviewed the motion, and the entire case file, and decided the motion without oral argument;

IT IS this 11th day of April, 2017,

ORDERED that the motion for default judgment (ECF no. 6) is DENIED, and that the Complaint is DISMISSED for failure to state a claim.

The dismissal is without prejudice to the filing of an amended complaint within 30 days. Any amended complaint shall be served anew in conformity with Rule 4(e) & (h), Fed R. Civ. P.

The clerk shall close the file.

_____
KEVIN MCNULTY, U.S.D.J.